IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DONNA DIETERICH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LARRY DIETERICH, DECEASED; KATHRYN DIETERICH; KIMBERLY DIETERICH; and JOHN KOPSICKER,<br><br>Plaintiffs,<br><br>v.<br><br>INDUCTOTHERM CORP.,<br><br>Defendant. | Case No. 3:06-cv-00004-HDV-TJS<br><br>**DEFENDANT'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**JURY DEMAND** |

COMES NOW the Defendant, Inductotherm Corp., and for its Answer and Demand for Jury Trial in the captioned matter, respectfully states to the Court as follows, responding to the like-numbered allegations in Plaintiffs' Amended Complaint:

**1.**
**PARTIES**

1.1   Denied for lack of information upon which to form a belief at this time.

1.2   Denied for lack of information upon which to form a belief at this time.

1.3   Denied for lack of information upon which to form a belief at this time.

1.4   Denied for lack of information upon which to form a belief at this time.

1.5   Admitted.

## 2.
## JURISDICTION AND VENUE

2.1 Admitted.

2.2 Admitted.

2.3 Admitted, if damages are as stated.

## 3.
## PRELIMINARY INFORMATION

3.1 Denied.

3.2 Denied for lack of information upon which to form a belief at this time.

## 4.
## PRODUCT LIABILITY ALLEGATIONS

4.1 Denied.

4.2 Denied for lack of information upon which to form a belief at this time.

4.3 Denied, including a specific denial of the allegations set forth in subparagraphs a. through d. thereof.

4.4 Denied, including a specific denial of the allegations set forth in subparagraphs a. through g. thereof.

4.5 Denied, including a specific denial of the allegations set forth in subparagraphs a. through e. thereof.

4.6 Denied, including a specific denial of the allegations set forth in subparagraphs a. through I. thereof.

4.7 Denied, including a specific denial of the allegations set forth in subparagraphs a. through I. thereof.

# 5.
## NEGLIGENCE AND GROSS NEGLIGENCE ALLEGATIONS

5.1    Denied.

5.2    Denied.

5.3    Denied.

5.4    Denied.

5.5    Denied.

5.6    Denied.

5.7    Denied.

5.8    Denied.

5.9    Denied.

5.10    Denied.

# 6.
## DAMAGES

6.1    Denied.

6.2    Denied.

6.3    Denied

WHEREFORE, Defendant Inductotherm Corp. prays that Plaintiffs' Amended Complaint be dismissed, with costs assessed to Plaintiffs.

## AFFIRMATIVE DEFENSES

1.    <u>Comparative fault</u>.  Plaintiffs and/or other parties or entities were at fault, and such fault was a proximate cause of the subject accident, such that principles of comparative fault should be applied to reduce or bar Plaintiffs' recovery from Defendant.

2. <u>Improper service and/or insufficiency of process.</u>  Improper service of process, and insufficiency of process, pursuant to Federal Rule of Civil Procedure 12(b)(4) and (5).

3. <u>Failure to state a claim - product liability.</u>  The product liability allegations of Plaintiffs' Complaint fail to state a claim upon which any relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. <u>Lack of personal jurisdiction.</u>  By reason of improper service and/or insufficiency of process, this Court lacks jurisdiction over the person pursuant to Federal Rule of Civil Procedure 12(b)(2).

5. <u>Implied warranties disclaimed.</u>  Upon information and/or belief, Defendant has disclaimed any and all implied warranties.

6. <u>Limitation of remedies.</u>  Upon information and/or belief, Defendant has properly limited Plaintiffs' remedies under the Iowa Uniform Commercial Code.

7. <u>Failure to state a claim - punitive damages.</u>  The punitive damage allegations of the Amended Complaint fail to state a claim upon which any relief can be granted, pursuant to Iowa Code § 668A and Federal Rule of Civil Procedure 12(b)(6).

**JURY DEMAND**

Defendant hereby demands a trial by jury of all claims in this case triable to a jury.

Respectfully submitted,

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
E-mail: spaeth@whitfieldlaw.com
E-mail: reynolds@whitfieldlaw.com

By: /s/ Bernard L. Spaeth, Jr.
    Bernard L. Spaeth, Jr.    PK0005378

By: /s/ Kevin M. Reynolds
    Kevin M. Reynolds    PK0004634

ATTORNEYS FOR DEFENDANT
INDUCTOTHERM CORP.

Original filed.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Nathaniel R. Boulton
Mart T. Hedberg
HEDBERG, OWENS, HEDBERG & WALSCH, P.C.
840 Fifth Avenue
Des Moines, IA 50309
Phone: (515) 288-4146
Fax: (515) 288-3320
E-mail: nboulton@hedlberglaw.com
E-mail: mthedberg@uswest.net

DJuana Bellue Parks
PROVOST UMPHREY LAW FIRM, LLP
409 Park Street
P.O. Box 4905
Beaumont, TX 77701
Phone: (409) 835-6000
Fax: (409) 813-8647
E-Mail: dparks@provostumphrey.com

James Erick Payne
PROVOST UMPHREY LAW FIRM, LLP
409 Park Street
P.O. Box 4905
Beaumont, TX 77701
Phone: (409) 835-6000
Fax: (409) 813-8647
E-Mail: jpayne@provostumphrey.com

ATTORNEYS FOR PLAINTIFFS

By: /s/ Kevin M. Reynolds