IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DONNA DIETERICH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LARRY DIETERICH, DECEASED; KATHRYN DIETERICH; KIMBERLY DIETERICH; and JOHN KOPSICKER,<br><br>Plaintiffs,<br><br>v.<br><br>INDUCTOTHERM CORP.,<br><br>Defendant. | Case No. 3:06-cv-00004-HDV-TJS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this case, Plaintiffs Donna Dieterich, Individually and as Personal Representative of the Estate of Larry Dieterich, Deceased; Kathryn Dieterich; Kimberly Dieterich; and John Kopsicker, and Defendant Inductotherm Corp., and hereby file, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Stipulation of Dismissal with Prejudice. It is hereby stipulated and agreed to by and between the parties, by and through their respective counsel, that this matter be dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted,

By: _____/s/_____
    D'Juana Bellue Parks

By: _____/s/_____
    Matthew R. Willis

PROVOST UMPHREY LAW FIRM, LLP
409 Park Street
P.O. Box 4905
Beaumont, TX 77701
Phone: (409) 835-6000
Fax: (409) 813-8647
E-Mail: dparks@provostumphrey.com
       mwillis@pulf.com

*and*

By: _____/s/_____
    Mark T. Hedberg

HEDBERG LAW FIRM PC
100 Court Avenue, Ste. 425
Des Moines, IA 50309
Phone: (515) 288-4149
Fax: (515) 288-4149
E-mail: mthedberg@uswest.net

ATTORNEYS FOR PLAINTIFFS

*and*

By:     /s/  *(by permission)*
     Kevin M. Reynolds    AT0006489

By:     /s/  *(by permission)*
     Richard J. Kirschman    AT0004296

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA  50309
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
E-mail: reynolds@whitfieldlaw.com
E-mail: kirschman@whitfieldlaw.com

ATTORNEYS FOR DEFENDANT
INDUCTOTHERM CORP.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

D'Juana Bellue Parks
James Erick Payne
Matthew R. Willis
PROVOST UMPHREY LAW FIRM, LLP
409 Park Street
P.O. Box 4905
Beaumont, TX 77701
Phone: (409) 835-6000
Fax: (409) 813-8647
E-Mail: dparks@provostumphrey.com
E-Mail: jpayne@provostumphrey.com
E-Mail: mwillis@pulf.com

Nathaniel R. Boulton
Mark T. Hedberg
HEDBERG LAW FIRM P.C.
100 COURT AVENUE, STE 425
DES MOINES, IA 50309
Phone: (515) 288-4149
Fax: (515) 288-4149
E-mail: nboulton@hedberglaw.com
E-mail: mthedberg@uswest.net

ATTORNEYS FOR PLAINTIFFS

Kevin M. Reynolds
Richard J. Kirschman
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
E-mail: reynolds@whitfieldlaw.com
E-mail: kirschman@whitfieldlaw.com

ATTORNEYS FOR DEFENDANT
INDUCTOTHERM CORP.